AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| HUY NGOC TRAN | ) |
| *Defendant* | ) |

FILED — ENTERED
RECEIVED — SERVED ON
COUNSEL/PARTIES OF RECORD

UCT 16 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

Case No.  2:20-mj-914-DJA

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 Daniel J. Albregts , U.S. Magistrate Judge | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | October 19, 2020 at 1:45 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  October 16, 2020

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*