Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant TRAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-cr-00301-RFB-BNW |
| vs. | (First Request) |
| HUY NGOC TRAN, <br> Aka "Tony." | |
| Defendant. | |

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant HUY NGOC TRAN ("TRAN"), by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through JACOB H. OPERSKALSKI, Assistant United States Attorney, that the Sentencing hearing currently scheduled for September 8, 2022, at 10:00 a.m. be vacated and continued to a minimum of sixty (60) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

1.  TRAN and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, prepare an effective Sentencing Memorandum, and have time to receive potential exhibits from TRAN's family in support of his Sentencing Memorandum. A continuance of Sentencing will facilitate TRAN's preparation for the hearing.

1

2.      The Government does not object to a continuance.

3.      TRAN does not object to a continuance.

4.      The denial of this request for a continuance could result in a miscarriage of justice; and

5.      This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 30th day of August, 2022.

By:    */s/ Lance Maningo*             By:    */s/ Jacob Operskalski*
LANCE A. MANINGO                  JACOB H. OPERSKALSKI
Attorney for Defendant WASHINGTON      Attorney for United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

HUY NGOC TRAN,
      Aka "Tony.",

                Defendant.

2:20-cr-00301-RFB-BNW
(First Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.      TRAN and his counsel require additional time to prepare for the sentencing hearing, including time to evaluate and address the contents of the Presentence Investigation Report, prepare an effective Sentencing Memorandum, and have time to receive potential exhibits from TRAN's family in support of his Sentencing Memorandum. A continuance of Sentencing will facilitate TRAN's preparation for the hearing.

2.      The Government does not object to a continuance.

3.      TRAN does not object to a continuance.

4.      The denial of this request for a continuance could result in a miscarriage of justice; and

5.      This is the first request for a continuance of the sentencing date in this case.

///

///

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for September 8, 2022, at 10:00 a.m. be vacated and continued to November 7, 2022   at  10:00 AM   in the above-noted Court.

DATED this 1st day of September, 2022.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MANINGO LAW

By:     /s/ Lance Maningo
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant TRAN

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com