Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant TRAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HUY NGOC TRAN,<br>　　　Aka "Tony."<br><br>　　　　　　　Defendant. | 2:20-cr-00301-RFB-BNW<br>(Second Request) |

**STIPULATION TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED, by Defendant HUY NGOC TRAN ("TRAN"), by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through JACOB H. OPERSKALSKI, Assistant United States Attorney, that the Sentencing hearing currently scheduled for November 7, at 10:00 a.m. be vacated and continued to a minimum of sixty (60) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

　　1.　　Defense Counsel has a confirmed in-custody homicide state trial (State of Nevada v. Adrian Johnson) that begins on November 2, 2022 and is expected to last approximately three (3) weeks.

　　2.　　The Government does not object to a continuance.

　　3.　　TRAN does not object to a continuance.

1

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the second request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 18th day of October, 2022.

By: */s/ Lance A. Maningo*  
LANCE A. MANINGO  
Attorney for Defendant TRAN

By: */s/ Jacob H. Operskalski*  
JACOB H. OPERSKALSKI  
Attorney for United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br>         Plaintiff, <br>vs. <br><br>HUY NGOC TRAN, <br>      Aka "Tony.", <br><br>         Defendant. | 2:20-cr-00301-RFB-BNW <br>(Second Request) |

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. Defense Counsel has a confirmed in-custody homicide state trial (State of Nevada v. Adrian Johnson) that begins on November 2, 2022 and is expected to last approximately three (3) weeks.

2. The Government does not object to a continuance.

3. TRAN does not object to a continuance.

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the second request for a continuance of the sentencing date in this case.

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

//

//

//

3

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for November 7, 2022, at 10:00 a.m. be vacated and continued to __January 12, 2023__ at __10:00 AM__ in the above-noted Court.

DATED this  19th  day of October, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:     /s/ Lance A. Maningo
        Lance A. Maningo
        Nevada Bar No. 6405
        400 South 4th Street, Suite 650
        Las Vegas, Nevada 89101
        Attorney for Defendant TRAN