Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant TRAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20-cr-00301-RFB-BNW |
| vs. | (Third Request) |
| HUY NGOC TRAN,<br>   Aka "Tony." | |
| Defendant. | |

**<u>STIPULATION TO CONTINUE SENTENCING</u>**

IT IS HEREBY STIPULATED AND AGREED, by Defendant HUY NGOC TRAN ("TRAN"), by and through his attorney, LANCE A. MANINGO, and the United States of America, by and through JACOB H. OPERSKALSKI, Assistant United States Attorney, that the Sentencing hearing currently scheduled for January 12, 2023, at 10:00 a.m. be vacated and continued to a minimum of forty-five (45) days, to a date and time convenient for this Court. This Stipulation is entered into for the following reasons:

//

//

//

//

//

1. The Defense needs additional time to address 18 U.S.C. § 3553 matters and further prepare for sentencing.

2. The Government does not object to a continuance.

3. TRAN does not object to a continuance.

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the third request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 5th day of January, 2023.

By: /s/ Lance A. Maningo  
LANCE A. MANINGO  
Attorney for Defendant TRAN

By: /s/ Jacob Operskalski  
JACOB H. OPERSKALSKI  
Attorney for United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| THE UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:20-cr-00301-RFB-BNW |
| vs. | (Third Request) |
| HUY NGOC TRAN, Aka "Tony.", | |
| Defendant. | |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The Defense needs additional time to address 18 U.S.C. § 3553 matters and further prepare for sentencing.

2. The Government does not object to a continuance.

3. TRAN does not object to a continuance.

4. The denial of this request for a continuance could result in a miscarriage of justice; and

5. This is the third request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

//

//

//

//

3

**ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for January 12, 2023, at 10:00 a.m. be vacated and continued to  February 27, 2023  at  9:00 AM  in the above-noted Court.

DATED this  10th  day of January, 2023.

_____
RICHARD F. BOULWARE, ii
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By:   */s/ Lance A. Maningo*
       Lance A. Maningo
       Nevada Bar No. 6405
       400 South 4th Street, Suite 650
       Las Vegas, Nevada 89101
       Attorney for Defendant TRAN

4